## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| HOLLIS FOSTER | * | |
|     Plaintiff | * | |
| | * | NO: 4:05CV000563 SWW |
| VS. | * | |
| | * | |
| CITY OF HOLLY GROVE, ET AL. | * | |
| | * | |
|     Defendants | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE, and Defendants' counterclaim is DISMISSED WITHOUT PREJUDICE.  Accordingly, this case is dismissed in its entirety.

IT IS SO ORDERED THIS 16TH DAY OF MARCH, 2006.

                                                /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE